**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CASE NUMBER 6:25-CR-00142-JDK** |
| **v.** | § | |
| | § | |
| | § | |
| **LEONARDO CHALCHI (1)** | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS**
**OF FACT AND RECOMMMENDATION ON GUILTY PLEA**

The Court referred this matter to the Honorable K. Nicole Mitchell, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea.  The Magistrate Judge Recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Indictment.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge.  The Court also accepts Defendant's plea.

In accordance with Defendant's guilty plea, the Court finds Defendant Leonardo Chalchi **GUILTY** of Count One of the Indictment, charging a violation of 8 U.S.C. §§ 1326(a) and (b) – Illegal Reentry Following Removal.

So **ORDERED** and **SIGNED** this **17th**  day of  **March, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE